| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 10/9/2019/aa | |

| McALLEN Division | CR. No. **M-19-1995**  M-19-2436-M |
|---|---|
| **INDICTMENT** Filed: October 9, 2019 | Judge: **RICARDO H. HINOJOSA** |
| County: Hidalgo | |
| Lions #: **2019R15479** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY |
| RICARDO QUINTANILLA | Cts. 1 & 2   Robert Steindel, Ret'd, FPD, (956) 381-0939 |
| also known as "Richard" | |
| Bonded; 4/1/2019; $50,000 Unsecured Bond | |
| SUNIL WADHWANI | Cts. 1 & 2   Michael J. Wynne, Ret'd, FPD, (832) 390-2644 |
| Custody: 10/9/2019 | |

Charge(s):  Ct. 1:  Conspiracy to Commit Honest Services Wire Fraud
                   Title 18, United States Code, Sections 1343, 1346, and 1349
            Ct. 2:  Honest Services Wire Fraud
                   Title 18, United States Code, Sections 1343, 1346, and 2

Total Counts
**(2)**

Penalty:  Cts. 1 & 2:  Imprisonment for not more than 20 yrs. or a fine not to exceed $250,000.00 and not more than a 3 yr. SRT (as to each count)

Agency:  Federal Bureau of Investigations - Jason Malkiewicz - 194B-SA-3101539

Date                           Proceedings