74

U.S. Department of Justice
United States Attorney

United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | GRAND JURY NO. __74__ |
| V. § | |
| § | CRIMINAL NO. __M-19-1995__ |
| RICARDO QUINTANILLA § | |
| also known as "Richard" § | |

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

DEFENDANT                                                                  AMOUNT OF BAIL

RICARDO QUINTANILLA                                                        NO BOND

ENTERED at McAllen, Texas, this __9th__ day of October, 2019.

UNITED STATES MAGISTRATE JUDGE