## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.   7:19-CR-1995-1** |
| | § | |
| **RICARDO QUINTANILLA** | § | |

### NOTICE OF RELATED CASES

**TO THE HONORABLE JUDGE OF SAID COURT**:

COMES NOW the United States of America, by and through its Attorney and Assistant United States Attorney assigned to this matter, and hereby provides this written notice, pursuant to Local Rule LR5.2, Related Litigation Policy, of related cases.   Specifically, this cause is related to cause number 19-CR-522-1 which has been assigned to the Honorable Micaela Alvarez.


Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY


*/s/ Roberto Lopez, Jr.*
Roberto Lopez, Jr.
Assistant United States Attorney