IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | Criminal No. 7:19-cr-01995-1 |
| | § | |
| **RICARDO QUINTANILLA, et. al.** | § | |

**UNOPPOSED MOTION TO TRAVEL OUTSIDE
OF THE SOUTHERN DISTRICT OF TEXAS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, RICARDO QUINTANILLA, Defendant in the above entitled and numbered cause, and requests the Court's permission to travel outside of the Southern District of Texas, McAllen Division and for good cause shows the following:

I.

Defendant is currently restricted to travel throughout the Southern District. Defendant has worked as a sales representative for Krayden, Inc. for the last 24 years. As a part of his job, he is required to meet with customers and present various products and services directly at their offices. Some of these customers are located in San Antonio and Austin, Texas. Defendant respectfully requests permission to travel to San Antonio and Austin, Texas in the Western District for his work and only with the prior written approval of his probation officer.

II.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully prays that this Court grant him permission to travel outside the Southern District of Texas McAllen Division as requested.

Respectfully submitted,

**PEÑA ALECZANDER**
3900 N. 10TH ST STE 1050
McALLEN, TEXAS 78501
Telephone: (956) 948-2221
Facsimile: (888) 422-6821
Email: jpena@penaaleczander

By:   /s/ Jaime Peña
JAIME PEÑA
State Bar No. 90001988


### CERTIFCATE OF CONFERENCE

This is to certify that prior to the filing of the foregoing motion that the undersigned defense counsel conferred with Assistant United States Attorney in regard to this motion.  The Government indicated that it is not opposed to the motion.

/s/ *Jaime Peña*
JAIME PENA


### CERTIFICATE OF SERVICE

   I, Jaime Peña, hereby certify that a copy of the above and foregoing Motion has been electronically delivered to the Assistant United States Attorney, United States Attorney's Office, 1701 West Business Highway 83, McAllen, Texas.

/s/ *Jaime Peña*
JAIME PENA