UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                                                     Case Number: 7:19–cr–01995

Sunil Wadhwani
Ricardo Quintanilla

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  2/12/2020

**TIME:**  03:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing


Date:   January 2, 2020

                                                                                          David J. Bradley, Clerk