IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CASE NO. M-19-1995-2 |
| | § § | |
| SUNIL WADHWANI | § | |

### NOTICE OF APPEARANCE

Please take notice that James Turner is appearing as co-counsel of record with Michael Wynne, Shannon Drehner, and David Oliveira for Sunil Wadhwani, in this cause.

Dated: February 19, 2020

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ James Turner*
        James Turner
State Bar No. 20316950
SDTX No. 1406
909 Fannin Street, Ste. 3800
Houston, Texas 77010
jturner@gcfirm.com

COUNSEL FOR SUNIL WADHWANI

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 19th day of February, 2020.

By: */s/ James Turner*
        James Turner