UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-1995-01 |
| RICARDO QUINTANILLA | § | |

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AGAINST DEFENDANT RICARDO QUINTANILLA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America through Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, and respectfully requests that the Court dismiss the above-captioned and numbered Indictment without prejudice with respect to defendant RICARDO QUINTANILLA for the reason that in the interest of justice the Government no longer desires to prosecute defendant.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*/s/ ROBERTO LOPEZ*
ROBERTO LOPEZ
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
(956) 630-3170

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of March 2023, a copy of this motion to dismiss indictment was mailed, hand-delivered, or e-mailed via ECF to the attorney for defendant.

*/s/ ROBERTO LOPEZ*
ROBERTO LOPEZ
Assistant United States Attorney